# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.
CASE/CITATION NO. 3:12-mj-0011 CMK

Alan C. Taylor

**ORDER TO PAY**

SOCIAL SECURITY #: ~~~~
DATE OF BIRTH: ~~~~
DRIVER'S LICENSE #: ~~~~
ADDRESS: ~~~~
CITY   STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 6-25-12        X _Alan Taylor_
                         DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ 490.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 500.00 within _____ days/months; or payments of $ 100.00 per month, commencing 8-1-12 and due on the first of each month until paid in full. Chainsaw will not be returned until fine paid
( ) Restitution: in full
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

1 year summary probation; probation to terminate upon payment in full.

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):**

USDC                          CLERK, USDC              CLERK, USDC
CENTRAL VIOLATIONS BUREAU (SA) 1130 O STREET, RM 5000  501 "I" STREET
POST OFFICE BOX 740026        FRESNO, CA 93721         SACRAMENTO, CA 95814-2322
ATLANTA, GA 30374-0026

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6-25-12        _signature_
                     U.S. MAGISTRATE JUDGE

Clerk's Office


PRINTED ON RECYCLED PAPER

EDCA-3